IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 6961 |
| | ) | |
| MILLENNIUM CONCRETE | ) | JUDGE CHARLES P. KOCORAS |
| CONSTRUCTION, LLC, d/b/a | ) | |
| MILLENNIUM CONCRETE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, MILLENNIUM CONCRETE CONSTRUCTION, LLC, d/b/a MILLENNIUM CONCRETE, LLC, in the total amount of $83,342.57, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,564.50.

On January 13, 2009, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on February 2, 2009. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Patrick N. Ryan

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 10th day of February 2009:

    Mr. Herbert Molitsky, Registered Agent
    Millennium Concrete Construction, LLC
    455 E. Illinois Street, Suite 260
    Chicago, IL   60610

    Mr. Herbert Molitsky, Registered Agent
    Millennium Concrete Construction, LLC
    2319 Peach Tree Lane
    Dyer, IN   46311

      /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\Millennium Concrete\motion for default judgment.pnr.df.wpd